UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 1:07CR90 JCH |
| ) | |
| MARCUS MISTER, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Defendant's pre-trial Motion for Production of Informant. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Frederick R. Buckles, who filed a Report and Recommendation on December 31, 2008. Neither party submitted objections to the Report and Recommendation.

Magistrate Judge Buckles recommends that the Court deny Defendant's motion. After de novo review of the entire record in this matter, the Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [Doc. No. 64] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion for Production of Informant [Doc. No. 61] is **DENIED**.

Dated this 2nd day of February, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE